# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lawrence "Chip" Crandall and Alicia Barry as co-trustees of the Revocable Intervivos Trust of Marjorie M. Crandall dated February 28, 1991 as restated in full on April 7, 2011,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SEMILLON INC. DBA FAIRLANE CLEANERS, a California corporation, FAIRLANE CLEANERS, INC., a California corporation and THOMAS E. MULLINS, an individual, Alexander G. Shaw, an individual and Cindy L. Casselman, an individual, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br><br>AND ALL RELATED CROSS-CLAIMS. | Case No.:   15-CV-1257-GPC (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS SPECIFIC CLAIMS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** |

///

///

The Court has received the Second Amended Joint Motion and Request for Order to Dismiss Specific Claims with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) submitted by Plaintiff, Lawrence "Chip" Crandall and Alicia Berry as co-trustees of the Revocable Intervivos Trust of Marjorie M. Crandall dated February 28, 1991 as restated in full on April 7, 2011 (the "Crandall Trust"), Defendants, Semillon Inc. DBA Fairlane Cleaners, Thomas Mullins, and Defendants, Fairlane Cleaners, Inc., Alexander G. Shaw, and Cindy Casselman.  Based on the terms discussed in the Second Amended Joint Motion, and considering the Court's ruling of August 25, 2016 in which the Court dismissed the claims of Fairlane Cleaners, Inc. as to Defendants Semillon, Inc. and Thomas Mullins, the Court orders the following:

1. All claims alleged by the Crandall Trust in its Complaint filed on June 4, 2015 alleging claims against Defendants Semillon, Inc. DBA Fairlane Cleaners, a California corporation, Fairlane Cleaners, Inc., a California corporation, Thomas E. Mullins, Alexander Shaw, and Cindy Casselman are dismissed with prejudice.

2. All claims alleged by Cindy Casselman in her pleading of July 23, 2015 alleging claims against the Crandall Trust, Semillon, Inc. DBA Fairlane Cleaners, a California corporation, Fairlane Cleaners, Inc., a California corporation, Thomas E. Mullins, Alexander Shaw and Aaron Freiser are dismissed with prejudice.

3. All claims alleged by Defendant Semillon, Inc. DBA Fairlane Cleaners, a California corporation, and Thomas Mullins in its pleading dated June 29, 2015 as to Plaintiffs and Cross-Defendants the Crandall Trust and Defendant Cindy Casselman are dismissed with prejudice.  The claims alleged by Defendant Semillon, Inc. and Thomas Mullins against Fairlane Cleaners, Inc. and Alexander Shaw remain.  Additionally, the claims alleged by Semillon, Inc. DBA Fairlane Cleaners, a California corporation, and Thomas Mullins in its pleading dated August 13, 2015 against Aaron Freiser remain.

4. All claims alleged by Defendants Fairlane Cleaners, Inc. and Alexander Shaw its pleading dated July 23, 2015 against Plaintiff and Cross-Defendant the Crandall Trust are dismissed with prejudice.  The claims alleged by Fairlane Cleaners, Inc. and

Alexander Shaw against Aaron Freiser remain. The claims alleged by Alexander Shaw against Semillon, Inc. and Thomas Mullins remain.

All dismissing parties will pay their own costs and attorneys' fees with respect to the dismissed claims.

**IT IS SO ORDERED.**

Dated: August 31, 2016

Hon. Gonzalo P. Curiel
United States District Judge